IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NOT AN LLC d/b/a/ JSD SUPPLY,<br><br>　　Plaintiff,<br><br>　　　　v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; UNITED STATES DEPARTMENT OF JUSTICE; and GARY M. RESTAINO AS THE ACTING DIRECTOR OF ATF,<br><br>　　Defendants. | Case No. 2:22-cv-00747-WSS |

**PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**

COMES NOW Plaintiff Not An LLC, d/b/a JSD Supply, ("Plaintiff" or "JSD Supply"), and hereby requests, pursuant to Fed. R. Civ. P. 65(a), that this Court issue a Temporary Restraining Order and/or Preliminary Injunction, enjoining Defendants from enforcing an ATF Cease and Desist Order issued on May 9, 2022 and hand-delivered to Plaintiff on May 12, 2022.

Unless enjoined, Plaintiff will be unable to continue business selling firearms parts and accessories that are entirely unregulated by federal law. As explained in the contemporaneously filed Memorandum in Support, Plaintiff is likely to succeed in establishing that, in addition to violations of various constitutional provisions, Defendants have violated the Administrative Procedures Act in enforcing a new and novel interpretation of the Gun Control Act of 1968 against firearms parts and accessories, which is in excess of its statutory authority and in direct and open defiance of statutory text.

The resulting harm to Plaintiff is immediate and ongoing, and due to the exigency of the

circumstances and the irreparable nature of the injury, a temporary restraining order would prevent further harm and return the status quo. Plaintiff respectfully requests a hearing on its Motion as soon as practically possible by this Court.

Further, this Court should issue a temporary restraining order and preliminary injunction to preserve the status quo pending a resolution of this matter on the merits. As explained at greater length in the accompanying Memorandum, the balance of equities and the public interest favors granting an injunction. Because a preliminary injunction presents no monetary risk to Defendants, Plaintiff requests that the bond be set at $1, or altogether waived. Fed. R. Civ. P. 65(c).

Plaintiff requests that the Court issue an Order enjoining Defendants' enforcement of their Cease and Desist Order until such time as the Court can rule on the merits of Plaintiff's Verified Complaint.

Upon filing this Motion and accompanying Memorandum in Support, Plaintiff caused to be delivered a true and correct copy to the following:

| | |
|---|---|
| Daniel Riess, Esq. | Matthew P. Varisco, Esq. |
| Trial Attorney | Special Agent in Charge |
| U.S. Department of Justice, Civil Division | Philadelphia Field Division, ATF |
| 1100 L Street, NW | 601 Walnut Street, Suite 1000E |
| Washington, D.C. 200005 | Philadelphia, PA 19106 |
| Phone: 202-353-3098 | Phone: 215-446-7800 |
| Fax: 202-616-8460 | Email: PhilDiv@atf.gov |
| Email: Daniel.Riess@usdoj.gov | |

Dated:  May 20, 2022         Respectfully submitted,

By:   s/ David J. Berardinelli
David J. Berardinelli (Pa. ID No. 79402)
DEFOREST KOSCELNIK & BERARDINELLI
436 Seventh Ave., 30th Fl.
Pittsburgh, PA  15219
T:      412-227-3100
F:      412-227-3130
Email: berardinelli@deforestlawfirm.com

Robert J. Olson*
WILLIAM J. OLSON, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
T:      703-356-5070
T:      540-450-8777
F:      703-356-5085
Email: wjo@mindspring.com
*Admission pro hac vice pending*

Stephen D. Stamboulieh* (MS ID No. 102784)
STAMBOULIEH LAW, PLLC
P.O. Box 428
Olive Branch, MS  38654
T:      601-852-3440
Email: stephen@sdslaw.us
*Admission pro hac vice pending*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NOT AN LLC d/b/a/ JSD SUPPLY,<br><br>  Plaintiff,<br><br>  v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; UNITED STATES DEPARTMENT OF JUSTICE; and GARY M. RESTAINO AS THE ACTING DIRECTOR OF ATF,<br><br>  Defendants. | Case No. 2:22-cv-00747-WSS |

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a copy of Plaintiff Not An LLC d/b/a JSD Supply's Emergency Motion For Temporary Restraining Order and/or Preliminary Injunction was served today via First Class Mail postage prepaid and electronic mail to:

Daniel Riess (TX Bar #24037359)
Trial Attorney
U.S. Department of Justice, Civil Division
1100 L Street, NW
Washington, D.C. 200005
Phone: 202-353-3098
Fax: 202-616-8460
Email: Daniel.Riess@usdoj.gov

Matthew P. Varisco
Special Agent in Charge
Philadelphia Field Division, ATF
601 Walnut Street, Suite 1000E
Philadelphia, PA 19106
Phone: 215-446-7800
Email: PhilDiv@atf.gov

Date: May 20, 2022                              s/ David J. Berardinelli
                                                David J. Berardinelli