IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NOT AN LLC d/b/a JSD SUPPLY, | ) |
| Plaintiff, | ) Case No. 2:22-cv-00747-WSS |
| v. | ) |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES *et al.*, | ) |
| Defendants. | ) |

**DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS**

Defendants hereby move to exceed this Court's page-limit requirement with respect to their brief in opposition to Plaintiff's Emergency Motion for a Temporary Restraining Order and/or Preliminary Injunction, ECF No. 3. Defendants' opposition brief will not exceed 19 pages. In support of this motion, Defendants state the following:

1. Plaintiff's motion is 19 pages in length, and additional pages are necessary in order to respond fully to the multiple arguments asserted by Plaintiff.

2. Plaintiff does not oppose the requested extension.

Based on the foregoing, Defendants request that their motion to exceed page limits be granted. In accordance with this Court's Practices and Procedures, a proposed order is attached hereto.

Dated: May 23, 2022                                       Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director

*/s/ Daniel Riess*
DANIEL RIESS
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-3098
Fax: (202) 616 8460
Email: Daniel.Riess@usdoj.gov
*Attorneys for Defendants*