

**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives

*Philadelphia Field Division*

---

*601 Walnut Street, Suite 1000E*
*Philadelphia, PA  19106*
www.atf.gov

May 20, 2022

**VIA E-MAIL TRANSMISSION**
WILLIAM J. OLSON, P.C.
E-MAIL: wjo@mindspring.com
http://www.lawandfreedom.com

William J. Olson, P.C.
Attorneys at Law
370 Maple Avenue West, Suite 4
Vienna, Virginia 22180-5615

Dear Mr. Olson:

The cease-and-desist letter dated May 9, 2022, and issued to your client, JSD Supply, is hereby rescinded.

Please be aware that the Bureau of Alcohol, Tobacco, Firearms and Explosives' (ATF's) longstanding position that firearm kits that are designed to or may readily be converted to, expel a projectile by the action of an explosive are firearms as defined by the Gun Control Act, 18 U.S.C. § 921(a)(3)(A), remains in effect.  *See In the Matter of the Search of Polymer 80, Inc*., 3:20-mj-123 WGL (D. Nev. Dec. 9, 2020).  Any questions about whether any particular product or products would be considered a "firearm" for purposes of the GCA and its implementing regulations may be submitted to ATF for classification.

Sincerely,

Mathew P. Varisco
Special Agent in Charge

cc: JSD Supply
1052 New Castle Road,
Prospect, Pennsylvania 16052