IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NOT AN LLC *doing business as* JSD SUPPLY,<br><br>   *Plaintiff*,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES, *et al*,<br><br>   *Defendants*. | Civil Action No. 2:22-cv-747<br><br>Hon. William S. Stickman IV |

## HEARING MEMO

HEARING HELD:  Videoconference Argument
DATE HEARING HELD:  May 25, 2022
BEFORE:  Judge William S. Stickman IV

| Appearing for Plaintiff: | Appearing for Defendants: |
|---|---|
| David J. Berardinelli, Esquire | Daniel Riess, Esquire |
| Robert J. Olson, Esquire | Martin M. Tomlinson, Esquire |
| Argument began at 1:00 p.m. | Argument concluded at 2:00 p.m. |

Stenographer:  Deborah Rowe

OUTCOME:

Argument heard on the threshold issue of whether plaintiff's claims for injunctive relief, as framed at ECF No. 2, remain ripe or have been rendered moot.

The transcript of this proceeding is to be produced and the parties are directed to split the cost of the production 50/50.

Post-argument briefs are to be filed on or before **06/01/22** and are not to exceed 10 pages.