IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NOT AN LLC d/b/a/ JSD SUPPLY, | ) |
| | ) Case No. 2:22-cv-00747-WSS |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BUREAU OF ALCOHOL, TOBACCO, | ) |
| FIREARMS AND EXPLOSIVES; UNITED | ) |
| STATES DEPARTMENT OF JUSTICE; and | ) |
| GARY M. RESTAINO AS THE ACTING | ) |
| DIRECTOR OF ATF, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### JSD SUPPLY'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) as the Defendants have neither filed an Answer nor a Motion for Summary Judgment, Plaintiff hereby files its Notice of Dismissal of this action without prejudice.

Dated:  July 23, 2022.

Respectfully submitted,

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh*
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
Email: stephen@sdslaw.us
MS Bar No. 102784
*Admitted Pro Hac Vice*

Robert J. Olson*
WILLIAM J. OLSON, P.C.

1

370 Maple Avenue West, Suite 4
Vienna, VA 22180-5615
T: (703) 356-5070
T: (540) 450-8777
F: (703) 356-5085
Email: wjo@mindspring.com
*Admitted Pro Hac Vice*


David J. Berardinelli
DEFOREST KOSCELNIK & BERARDINELLI
436 Seventh Ave., 30th Fl.
Pittsburgh, PA  15219
T:  412-227-3100
F:  412-227-3130
Email: berardinelli@deforestlawfirm.com

## **CERTIFICATE OF SERVICE**

I, Stephen D. Stamboulieh, counsel for Plaintiff, hereby certify that on this day, I have caused to be filed the foregoing document or pleading with the District Court's ECF which sent a notice and a copy of the foregoing to all counsel of record.

Dated: July 23, 2022

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh